UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CHAD RUDOLPHO ANGLE,

             Plaintiff(s),

v.

ALAMEDA COUNTY MEDICAL
CENTER, et al.,

             Defendants(s)
_____/

CASE NO.   C 07-00250 (SI)

STIPULATION AND [PROPOSED]
ORDER SELECTING ADR PROCESS

       Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process;

    **Court Processes:**
        Non-binding Arbitration (ADR L.R. 4)
        Early Neutral Evaluation (ENE)  (ADR L.R. 5)
        Mediation (ADR L.R. 6)

    **[SEE ATTACHMENT]**

(*Note: Parties who believe than an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5*)

    **Private Process:**
        Private ADR (*please identify process and provider*)_____

The parties agree to hold the ADR session by:
        the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

        other requested deadline_____

Dated: <u>March 30, 2007</u>                         _____.
                                                          Attorney for Plaintiff

Dated: <u>March 30, 2007</u>                         _____.
                                                          Attorney for Defendants
                                                          ALAMEDA COUNTY MEDICAL
                                                          CENTER and MOHAMMAED A. HYDERI

Dated: <u>March 30, 2007</u>                         /s/ Jesper I. Rasmussen      .
                                                          Attorney for Defendants
                                                          COUNTY OF ALAMEDA,
                                                          PLUMMER, VAN DICKEN, GRIFFIN,
                                                          CERVELLI, RAY, PECK, PHIENOR and
                                                          BRAAKSMA

1

**[PROPOSED] ORDER**

Pursuant to the Stipulation above, the captioned matter is hereby referred to:
- ☐ Non-binding Arbitration
- ☐ Early Neutral Evaluation (ENE)
- ☐ Mediation
- ☐ Private ADR

Deadline for ADR session
- ☐ 90 days from the date of this order.
- ☒ Other   to be determined after status re: plaintiff's counsel is finalized.

IT IS SO ORDERED.

Dated:_____         _____
                                UNITED STATES MAGISTRATE JUDGE

2

**ATTACHMENT**

Tim Pori, counsel for plaintiff in this matter, has filed a Motion to Withdraw as counsel in this matter for health reasons. The hearing on this motion is set for April 13, 2007. The County of Alameda's counsel has been informed by attorney Amy Morton, who is a personal friend of Tim Pori but is not affiliated with his office, that Mr. Pori is a sole practitioner and that he has been out of his office on disability leave since the beginning of February, 2007. As counsel for the County, I have not been able to meet and confer with Mr. Pori regarding ADR.

The Court set this matter for an Initial Case Management Conference on April 27, 2007. The parties have stipulated to continuing the Case Management Conference and pre-CMC deadlines. The County believes this stipulation has been submitted to the Court for issuance of an appropriate order. However, due to the unavailability of Mr. Pori in this matter, the parties are unable to meet and confer and stipulate to some form of ADR by today's deadline. Accordingly, counsel for the County defendants are filing this to advise the Court.

The County Defendants are agreeable to ENE as a form of ADR.