**Tim A. Pori (SBN 189270)**
LAW OFFICES OF TIM A. PORI
521 Georgia Street
Vallejo, CA 94590
Tel: (707) 644-4004
Fax: (707) 644-7528

Attorney for Plaintiff CHAD ANGLE

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHAD ANGLE,<br><br>Plaintiff,<br><br>vs.<br><br>ALAMEDA COUNTY MEDICAL CENTER; MOHAMMED A. HYDERI, MD, an individual; ALAMEDA COUNTY, an incorporated public entity; CHARLES C. PLUMMER, in his capacity as Sheriff of Alameda County; KEITH VAN DICKEN, ZAHROD GRIFFIN, VINCENT CERVELLI, RICHARD RAY, RYAN PECK, ERIC RHIENOR, and KENNETH BRAAKSMA, as individuals and in their capacities as Alameda County Sheriff's Deputies; and DOES 1 through 100, inclusive,<br><br>Defendants | Case No. C07-00250 JCS<br><br>**STIPULATION, REQUEST AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>Honorable Susan Illston |

The parties herein, through their respective counsel, respectfully request that the Case Management Conference in the above-entitled matter be continued to a date mutually convenient to the court and all parties. The parties further request that the Court re-set all pre-Case Management Conference deadlines and obligations, including Rule 26 obligations, so as to be calculated and set based on the new Case Management Conference date.

---

STIPULATION, REQUEST AND [PROPOSED] ORDER
TO CONTINUE CASE MANAGEMENT CONFERENCE                        1

The Case Management Conference is currently set for April 27, 2007, at 2:00 p.m. The parties are requesting the continuance because Tim A. Pori, counsel for Plaintiff, Chad Angle, has filed a motion for leave to withdraw from representation in this matter due to physical impairments resulting from his current and on-going treatment for metastatic colon cancer. Mr. Pori's motion to withdraw is set for hearing on April 13, 2007. Due to his on-going treatment, Mr. Pori is not able to meet and confer with opposing counsel for preparation of the Joint Case Management Conference Statement. Mr. Angle will not be able to participate in a meet and confer conference in pro per as he is currently incarcerated at San Quentin State Prison.

LAW OFFICES OF TIM A. PORI

Dated: _____  By:  /s/  Tim A. Pori
TIM A. PORI
Attorney for Plaintiff CHAD ANGLE

BOORNAZIAN, JENSEN & GARTHE

Dated: _____  By:  /s/ Christopher E. Brumfiel (Authorized 3/29/07)
GREGORY J. ROCKWELL
Attorneys for Defendants ALAMEDA COUNTY MEDICAL CENTER and
MOHAMMED A. HYDERI

PATTON, WOLAN, CARLISE, LLP

Dated: _____  By:  /s/ Jesper I. Rasmussen (Authorized 3/29/07)
JESPER I. RASMUSSEN
Attorneys for Defendants COUNTY OF ALAMEDA, CHARLES C. PLUMMER, KEITH VAN DICKEN, ZAHROD GRIFFIN, VINCENT CERVELLI, RICHARD RAY, RYAN PECK, ERIC PHIENOR and KENNETH BRAAKSMA

*I hereby attest that I have on file all holographic signatures for any signatures indicated by a "conformed" signature (/s/) within this e-filed document and/or written agreement to this document from all counsel.*

*Dated: March 29, 2007*            /s/  Tim A. Pori

## [PROPOSED] ORDER

It is so ordered.

The Case Management Conference is continued to __6/15/07_____, 2007 at __2 p.m._____.

All pre-Case Management Conference deadlines and obligations, including Rule 26 obligations, will be recalculated and set based upon this new Case Management Conference date.

_____
SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE

STIPULATION, REQUEST AND [PROPOSED] ORDER
TO CONTINUE CASE MANAGEMENT CONFERENCE

3