IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHAD RUDOLPHO ANGLE, | No. C 07-00250 SI |
| Plaintiff, | **ORDER RE: WITHDRAWAL OF COUNSEL** |
| v. | |
| ALAMEDA COUNTY MEDICAL CENTER, et al., | |
| Defendants. | |

Plaintiff's counsel Tim A. Pori has moved to withdraw as counsel. Hearing on the motion is currently scheduled for April 13, 2007. Pursuant to Civil Local Rule 7-1(b), the Court determines that the motion is appropriate for resolution without oral argument, and hereby VACATES the April 13, 2007 hearing. Having considered the papers submitted, and for good cause shown, the Court GRANTS Pori's motion to withdraw.

If plaintiff retains new counsel, his new counsel is directed to meet and confer with defense counsel in preparation for the next case management conference, which is currently scheduled for June 15, 2007 at 2:00 p.m. If plaintiff is unable to find new counsel, the case management conference will be held by telephone; in such case, plaintiff and defendants are directed to make the necessary arrangements with prison personnel in order for plaintiff to participate in the telephonic conference.

This order shall be served on plaintiff Angle by mail and, if he does not retain new counsel, this action shall be removed from e-filing.

**IT IS SO ORDERED.**

Dated: April 10, 2007

SUSAN ILLSTON
United States District Judge