1

2

3

4

5            UNITED STATES DISTRICT COURT

6            NORTHERN DISTRICT OF CALIFORNIA

7

8    CHAD RUDOLPHO ANGLE,                        No. C 07-250 SI

9               Plaintiff,                       **SCHEDULING ORDER**

10        v.

11   ALAMEDA COUNTY
     MEDICAL CENTER; et al.,
12
                Defendants.
13   _____/

14

15          Defendants have filed a motion to compel San Quentin State Prison/CDCR to comply

16   with a records subpoena for records pertaining to plaintiff.  The court now sets the following

17   briefing schedule on the motion to compel:  Any opposition to the motion to compel by plaintiff

18   or San Quentin/CDCR must be filed and served on defense counsel no later than **February 1,**

19   **2008**.  Defendants' reply brief (if any) in support of the motion to compel must be filed and

20   served no later than **February 15, 2008**.

21          In addition to serving it on the parties to this action, the clerk shall send a copy of this

22   order to the attorney listed by defendants as the apparent legal representative of the prison

23   regarding the documents:  Scott M. Hutchison, Simas & Hutchison, Ltd., 1215 K Street, 17th

24   Floor, Sacramento, CA 95814.

25          IT IS SO ORDERED.

26   Dated: January 8, 2008                       _____

                                                  SUSAN ILLSTON
27                                                United States District Judge

28