UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CHAD RUDOLPHO ANGLE,

    Plaintiff,

    v.

ALAMEDA COUNTY MEDICAL CENTER; et al.,

    Defendant.
                                   /

No. C 07-250 SI (pr)

**JUDGMENT**

Judgment is entered in favor of all defendants and against plaintiff.

IT IS SO ORDERED AND ADJUDGED.

Dated: November 17, 2008

                                            SUSAN ILLSTON
                                      United States District Judge